IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-375-D

COLORADO BANKERS LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

IRON CITY ASSET MANAGEMENT, LLC,
et al.,

    Defendants.

**ORDER**

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 27], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 23], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _20_ day of July 2021.

                JAMES C. DEVER III
                United States District Judge