## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CIVIL ACTION NO.: 5:20-CV-00375-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>IRON CITY ASSET MANAGEMENT, LLC, ITECH FUNDING, LLC, and ICAM HOLDINGS I, LLC,<br><br>*Defendants*. | **ORDER** |

On this day, came to be considered the Unopposed Motion to Stay Proceeding filed by Defendants Iron City Asset Management, LLC, iTech Funding, LLC, and ICAM Holdings I, LLC ("Defendants"). The Court, upon consideration of this motion, is of the opinion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendants' Unopposed Motion to Stay Proceeding is GRANTED. This action is hereby stayed.

SO ORDERED. This the __6__ day of February, 2025.

_____
JAMES C. DEVER III
United States District Judge